1:24 MJ 4006

**Affidavit**

I, James Wise, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Cleveland Division's Lorain-Elyria Safe Streets Task Force (LESSTF), being duly sworn, depose and state as follows:

1. I have been employed as a Police Officer with the Elyria Police Department since November of 2015, and am currently assigned to the LESSTF as a member of the Elyria Police Department Detective Bureau. While employed by the Elyria Police Department, I have conducted investigations of numerous state and federal criminal offenses including white collar crimes, crimes against children, violent crimes, narcotics offenses, and firearm offenses.  I have gained experience through training at the Cuyahoga Community College Police Academy, Ohio Police Officer Training Academy, departmental training, and everyday work related to these types of investigations.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that Tyaesha Hunter, age 31, of Cleveland, OH has violated Title 18 USC Section 2113(a)[bank robbery].  The statements contained in this affidavit are derived from information provided to me by members of the Elyria Police

Department (EPD) as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation, but seeks to summarize relevant information.

**Probable Cause**

4. On December 16, 2023, at approximately 9:18 a.m., a black female (hereinafter, "UNSUB1"), entered the US Bank located at 455 Midway Blvd, Elyria, OH 44035. US Bank is a bank as defined in Title 18 Section 2113(f), whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

5. UNSUB1 handed a note to a teller demanding the money in her cash drawer. UNSUB1's demand note read, in part, "This is a robbery! I have a gun!" The teller complied with the note, handed over the cash, and UNSUB1 fled from the bank. UNSUB1 left the demand note at the bank when she fled from the scene.

6. EPD Officers and Detectives responded to the bank and spoke with the victim teller (hereinafter, "Teller1"). Teller1 described UNSUB1 as a black female, approximately 5'2" tall, 110 pounds, wearing a hood over her head, a surgical face mask, glasses and black gloves. Teller1 provided access to the bank's interior video surveillance, which confirmed the description of UNSUB1 to be accurate.

7. EPD Officers spoke with a witness who was outside of the bank as UNSUB1 fled from the bank following the robbery. The witness informed EPD Officers that UNSUB1 ran from US Bank toward the Camelot Inn parking lot.

8. Detectives reviewed video surveillance from surrounding businesses and were able to observe the suspect's actions after the robbery as she fled the area on foot and entered a suspect vehicle parked in the parking lot of the Camelot Inn on Griswold Rd.  Utilizing license plate reader cameras at the nearest intersection, Detectives were able to identify the vehicle used by the suspect during the bank robbery as a 2015 Dodge Dart, gray OH Temp. R029026.  The suspect vehicle has dark tinted windows, a rear spoiler, and black/dark colored rims with a lighter, possibly chrome, center.

9. Detectives learned that the license plate on the suspect vehicle returned to Tyaesha Hunter out of Cleveland, Ohio.  Detectives observed that Hunter's physical description provided by the Bureau of Motor Vehicles (BMV), matched that of the US Bank robbery suspect. Hunter is a black female (as described by Teller1), 5'2", and 110 pounds. Detectives determined through BMV records that the Hunter's physical build (height and weight) closely matched that of UNSUB1, as depicted on surveillance video.

10. On December 19, 2023, EPD Detectives conducted surveillance of Hunter's residence located at 12xxx Lenacrave Avenue, apt. 2, Cleveland Ohio.  Detectives observed the robbery suspect vehicle parked outside the residence.  Detectives observed Hunter exit the residence on several occasions.  Hunter was wearing a black hooded jacket, gray pants and dark colored shoes.  This clothing appeared similar to clothing worn by UNSUB1 (later confirmed by Hunter to be the exact clothing she wore during the

robbery).  Detectives also observed Hunter's physical build was consistent with that of UNSUB1.

11.  On December 19, 2023, at approximately 1200 hours, Det. Loesch, EPD, completed a criminal complaint for Tyaesha Hunter at 12xxx Lenacrave Avenue, Apt. 2, Cleveland Ohio for Aggravated Robbery - 2911.01 ORC - Felony 1.  Det. Loesch met with the Honorable Judge Bennett of the Elyria Municipal Court and reviewed the facts of the case for a probable cause. An arrest warrant was obtained for Tyaesha Hunter.

12. On December 20, 2023, Detective Robinson obtained a search warrant to search Tyaesha Hunter's residence at 12001 Lenacrave Avenue, Apt. 2, Cleveland Ohio and seize and search her vehicle, a 2015 Dodge Dart.  The warrant was issued by the Cuyahoga County Court of Common Pleas and authorized a search of Hunter's residence for evidence of Aggravated Robbery.

13. During the execution of the residential search warrant on December 21, 2023, Elyria Detectives located and arrested Tyaesha Hunter outside of 12xxx Lenacrave Avenue, Apt. 2, Cleveland, Ohio, for Aggravated Robbery.

14. Hunter was transported to the Elyria Police Department where she was interviewed by Detectives.  Hunter was advised of her *Miranda* rights. She waived her rights and spoke with Detectives.  During the interview, Hunter admitted to robbing the US Bank in Elyria, Ohio, on the morning of December 16, 2023. Hunter stated that she did not have a firearm during the bank robbery.

15. Hunter provided written consent for Detectives to search her cell phones and laptop both of which were seized during the execution of the search warrant of her residence. EPD detectives forensically extracted the data from Hunter's cell phones. Hunter's iPhone 11's "device locations" showed that her mobile device was in the immediate area of US Bank during the timeframe of the robbery. Additionally, Hunter's iPhone 11 "searched items" showed hundreds of Google searches for different local banks, including their addresses, and distances from local police stations to the banks.

16. During the interview of Hunter, Detectives executed the search of her residence. The items seized during the search warrant included approximately $500.00 (left over from the monies stolen from the robbery per Hunter), clothing that matched the apparel worn by UNSUB1 during the bank robbery, paperwork identifying various other banks, including bank addresses, and an additional bank robbery demand note. Detectives also seized the 2015 gray Dodge Dart, OH Temp. R029026 tag, that was parked on the roadway in front of 12xxx Lenacrave Avenue, Apt. 2, Cleveland Ohio.

17. Following the interview, Hunter was transported to the Lorain County Jail and held without bond pending her initial court appearance.

## Conclusion

18. Based on the preceding recitation of facts, probable cause exists that Tyaesha Hunter, age 31, of Cleveland, OH violated Title 18 U.S.C. Section 2113(a) [bank robbery].

_____
James Wise
Task Force Officer
Federal Bureau of Investigation

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3) this 8th day of January, 2024.

_____
Jonathan D. Greenberg
United States Magistrate Judge